**Carlos S. Montoya**
COOPER, LLC – COUNSELORS AT LAW
1635 Market Street, Suite 1600
Philadelphia, PA 19103
908.514.8830
carlos@cooperllc.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAMPTON-HADDON MARKETING CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIS OF TENNESSEE, INC., and WILLIS TOWERS WATSON, PLC,<br><br>Defendants. | Civil Action No. _____<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Plaintiff, Hampton-Haddon Marketing Corp., by and through its undersigned counsel, Cooper, LLC, hereby complies with Federal Rule of Civil Procedure 7.1 and states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: January 25, 2019

COOPER, LLC – COUNSELORS AT LAW
*Counsel for Hampton-Haddon Marketing Corp.*

By: _____
Carlos S. Montoya
COOPER, LLC – COUNSELORS AT LAW
1635 Market Street, Suite 1600
Philadelphia, PA 19103
908.514.8830
carlos@cooperllc.com

*Of Counsel*

Ryan J. Cooper
COOPER, LLC – COUNSELORS AT LAW
108 N. Union Ave., Suite 4
Cranford, NJ 07016
908.514.8830
ryan@cooperllc.com