IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAMPTON-HADDON MARKETING CORP., | : CIVIL ACTION |
| Plaintiff, | : 2:19-cv-00407-WB |
| v. | : |
| WILLIS OF TENNESSEE, INC. and WILLIS TOWERS WATSON, PLC, | : |
| Defendants. | : |

**CORPORATE DISCLOSURE STATEMENT BY WILLIS OF TENNESSEE, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Willis of Tennessee, Inc. ("Willis"), through the undersigned, hereby discloses the following parent corporations of Willis: Willis of Michigan, Inc.; Willis HRH, Inc.; Willis US Holding Company, LLC; Willis North America Inc.; Willis Group Limited; Trinity Acquisition PLC; Willis Towers Watson UK Holdings Limited; TA I Limited; Willis Investment UK Holdings Limited; Willis Netherlands Holdings B.V.; Willis Towers Watson Sub Holdings Unlimited Company; Willis Towers Watson Public Limited Company.

Willis further discloses that Willis Towers Watson Public Limited Company currently indirectly owns 10% or more of its stock.

                 WHITE AND WILLIAMS LLP

              BY: /s/ Natalie B. Molz
                 Thomas B. Fiddler
                 Natalie B. Molz
                 1650 Market Street | One Liberty Place, Suite 1800 |
                 Philadelphia, PA 19103-7395
                 Phone: 215.864.7081/7142
                 *Attorneys for Defendant,*
                 *Willis of Tennessee, Inc.*

-2-

## CERTIFICATE OF SERVICE

I, Natalie B. Molz, Esquire, hereby certify that on this 12th day of April, 2019, I caused a true and correct copy of Defendant Willis of Tennessee, Inc.'s Corporate Disclosure Statement to be served upon the following counsel of record via the Court's ECF system:

Carlos S. Montoya
Ryan J. Cooper
Cooper, LLC – Counselors at Law
1635 Market Street, Suite 1600
Philadelphia, PA 19103
carlos@cooperllc.com
ryan@cooperllc.com

WHITE AND WILLIAMS LLP

BY:  /s/ Natalie B. Molz
Thomas B. Fiddler
Natalie B. Molz
1650 Market Street | One Liberty Place,
Suite 1800 |
Philadelphia, PA 19103-7395
Phone: 215.864.7081/7142

*Attorneys for Defendant,*
*Willis of Tennessee, Inc.*

22604574v.1