IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAMPTON-HADDON MARKETING CORP., | : :  Civil Action :  No. 2:19-cv-407-WB |
| Plaintiff, | : : |
| vs. | : : |
| WILLIS OF TENNESSEE, INC., and WILLIS TOWERS WATSON, PLC, | : : |
| Defendants. | : : |

## STIPULATION FOR DISMISSAL OF
## <u>WILLIS TOWERS WATSON, PLC</u>

Plaintiff Hampton-Haddon Marketing Corp. ("HHMC") and defendant Willis of Tennessee, Inc. ("Willis of Tennessee"), by and through their undersigned counsel, **HEREBY STIPULATE AND AGREE** as follows:

1. Plaintiff HHMC dismisses without prejudice all claims against defendant Willis Towers Watson, PLC;

2. Willis of Tennessee agrees that it will not assert any defenses to liability, damages, or enforcement of any judgment arising out of any existing claims in this case based on Willis Towers Watson, PLC or Willis of Massachusetts being the proper defendant in this case; and

3. The parties agree that Willis of Tennessee shall have available to it any and all defenses that would have been available to Willis of Massachusetts at the time of HHMC's filing of the Complaint on January 28, 2019.

**STIPULATED AND AGREED:**

Dated: May 31, 2019

*Counsel for Plaintiff,*
*Hampton-Haddon Marketing Corp.*

By: /s/ Carlos S. Montoya
    Carlos S. Montoya
    COOPER, LLC – COUNSELORS AT LAW
    1635 Market Street, Suite 1600
    Philadelphia, PA 19103
    908.514.8830
    carlos@cooperllc.com

Of Counsel

Ryan J. Cooper
COOPER, LLC – COUNSELORS AT LAW
108 N. Union Ave., Suite 4
Cranford, NJ 07016
908.514.8830
ryan@cooperllc.com

*Counsel for Defendant,*
*Willis of Tennessee, Inc.*

Dated: May 31, 2019

By: /s/ Natalie B. Molz
    Thomas B. Fiddler (#59123)
    Natalie B. Molz (#320588)
    WHITE AND WILLIAMS LLP
    1650 Market Street | One Liberty Place,
    Suite 1800 |
    Philadelphia, PA 19103-7395
    Phone: 215.864.7081/7142