APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAMPTON-HADDON MARKETING CORP., | : | CIVIL ACTION |
| v. | : | |
| WILLIS OF TENNESSEE, INC., et al., | : | NO. 2:19-cv-407-WB |

ORDER

AND NOW, this _____ Day of June _____, 2019, it is hereby

ORDERED that the application of <u>Ryan J. Cooper</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:19-cv-407-WB

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Ryan J. Cooper__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _via CC_, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| New Jersey | 12/11/2006 | 03401-2006 |
| New York | 07/18/2007 | 4517751 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| D.N.J. | 12/11/2006 | 034012006 |
| Third Circuit Ct Ap | 02/15/2013 |  |
| S.D.N.Y | 03/18/2008 | RC-0477 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Hampton-Haddon Marketing Corp.__

(Applicant's Signature)

6-7-19
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Cooper, LLC - Counselors at Law, 108 N. Union Ave., Suite 4, Cranford, NJ 07016, 908-514-8830

Sworn and subscribed before me this

7 Day of June, 2019

_Heather Capone_
Notary Public

Heather Capone
Notary Public State of New Jersey
My Commission Expires April 25, 2021

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Ryan J. Cooper___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Carlos S. Montoya | [signature] | PA-4/22/09  EDPA 9/1/2009 | 209986 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cooper, LLC - Counselors at Law, 1635 Market Street, Suite 1600,

Philadelphia, PA 19103, 484-483-5061

Sworn and subscribed before me this

12th Day of June, 2019

[signature]
Notary Public

Commonwealth of Pennsylvania - Notary Seal
JIGNESH AMIN, Notary Public
Philadelphia County
My Commission Expires May 16, 2022
Commission Number 1331023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAMPTON-HADDON MARKETING CORP., | : | CIVIL ACTION |
| v. | : | |
| WILLIS OF TENNESSEE, INC., et al., | : | NO.  2:19-cv-407-WB |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Ryan J. Cooper_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

via CM/ECF on Natalie Molz, Esq., counsel for defendant Willis of Tennessee, Inc.

_____
Signature of Attorney

Carlos S. Montoya
Name of Attorney

Hampton-Haddon Marketing Corp.
Name of Moving Party

June 18, 2019
Date