## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| | : |
| HAMPTON-HADDON MARKETING CORP., | : Civil Action<br>: No. 2:19-cv-407-WB |
| | : |
| Plaintiff, | : |
| vs. | : |
| | : |
| WILLIS OF TENNESSEE, INC., and | : |
| WILLIS TOWERS WATSON, PLC, | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Thomas B. Fiddler, Esquire as counsel for defendant,

Willis of Tennessee, Inc. in the above matter.


**WHITE AND WILLIAMS LLP**

By:    /s/ Thomas B. Fiddler
       Thomas B. Fiddler (#59123)
       Natalie B. Molz (#320588)
       1650 Market Street
       One Liberty Place, Suite 1800
       Philadelphia, PA 19103-7395
       Phone: 215.864.7081/7142

       *Attorneys for Defendant,*
       *Willis of Tennessee, Inc.*

Date:  June 20, 2019

23004536v.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| HAMPTON-HADDON MARKETING CORP., | : <br> : Civil Action <br> : No. 2:19-cv-407-WB <br> : |
| Plaintiff, | : |
| vs. | : <br> : |
| WILLIS OF TENNESSEE, INC., and WILLIS TOWERS WATSON, PLC, | : <br> : <br> : |
| Defendants. | : |

**<u>CERTIFICATE OF SERVICE</u>**

I, Thomas B. Fiddler, hereby certify that on this 20th day of June, 2019, I caused the foregoing Entry of Appearance to be filed via the Court's CM/ECF system, where it is available for viewing and downloading.  Service of the foregoing document was made electronically via the Court's CM/ECF system to all registered counsel of record.

/s/ Thomas B. Fiddler
Thomas B. Fiddler
*Attorneys for Defendant,
Willis of Tennessee, Inc.*

23004536v.1